No. 6520.—FRANCESCHI ET ALS., apltes., *v.* LÓPEZ DE TORD & ZA-
YAS PIZARRO, apldos.—C. D. Ponce. No-
viembre 28, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Habiéndose eliminado el pliego de exposición del caso radicado

(1) Recursos Gubernativos.
(2) Admisión al ejercicio de la abogacía.
(3) *Certioraries.*

.en la corte inferior por los herederos de José María Franceschi por haberse allanado los mismos a la eliminación, haciendo constar que habían renunciado al recurso de apelación interpuesto, se desestima por abandono el referido recurso.